THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.

**ALLSTAR TIRE & WHEEL, INC.,**
Plaintiff–Appellant,

v.

**WHEEL PROS, INC., Defendant–Appellee.**

No. 2011–1015.

United States Court of Appeals,
Federal Circuit.

May 12, 2011.

David V. Jafari, Jafari Law Group, Inc. of Santa Ana, CA, argued for the plaintiff-appellant.

Dennis G. Martin, Blakely, Sokoloff, Taylor & Zafman, LLP, of Los Angeles, CA, argued for the defendant-appellee. With him on the brief was Willmore F. Holbrow, III.

Before LINN, CLEVENGER, and MOORE, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**